**[63ord01]** [ORDER CONVERTING CASE TO CHAPTER 7]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:12−bk−10807−CCJ
Chapter 13

Julie M Kurowski
242 Arlington Way
Ormond Beach, FL 32176

_____Debtor(s)_____/

ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7

THE DEBTOR has filed a motion/notice of conversion on September 26, 2013 (Document No. 23) in accordance with 11 U.S.C. Section 1307(a) converting this case to a case under Chapter 7 of the Bankruptcy Code. Accordingly it is

ORDERED:

1. This case is converted to a case under Chapter 7 of the Bankruptcy Code.

2. Laurie K Weatherford is discharged by the Court. She is authorized to retain $ 0.00 , as allowed fees and/or expenses, to pay $ 0.00 to secured creditors, to pay the attorney for debtor $ 0.00 and, unless a written objection is filed within twenty−one (21) days of this order, to turn over the balance of $ 0.00 , in her possession to the debtor.

3. All applications for administrative professional fees and expenses for parties other than the trustee must be filed on or before November 1, 2013 .

4. The trustee in the superseded Chapter 13 case shall file on or before November 1, 2013 , a full report and account including a current inventory on a separate schedule listing all unpaid debts incurred after the commencement of the Chapter 13 case.

DONE AND ORDERED on September 27, 2013 .

_____
Cynthia C. Jackson
United States Bankruptcy Judge